UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Elizabeth Reeder,

       Plaintiff,

v.                                             Civil Action No. 1:24-cv-01904

Navy Federal Credit Union, and
Equifax Information Services, LLC,

       Defendants,

## NOTICE OF SETTLEMENT

The Plaintiff hereby notifies the Court that this case has been settled between Plaintiff and Defendant, Navy Federal Credit Union. The parties are in the process of preparing the final settlement paperwork and anticipate filing dismissal papers shortly.

Respectfully submitted this 16th day of December, 2024.

                        /s/       J Andrew Shuniak
                        J Andrew Shuniak, Esq., Bar No.: 93770
                        Associate Attorney
                        Law Offices of Robert S. Gitmeid & Assoc., PLLC
                        Local Address:
                        414 N. 25th Street, PO BOX #7938
                        Richmond, Virginia 23223
                        Tel: (571) 201-9021 Fax: (212) 208-2591
                        Andrew.shuniak@gitmeidlaw.com
                        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December, 2024, I served the foregoing via the CM-ECF system to all counsel of record.

/s/     J Andrew Shuniak
 J Andrew Shuniak, Esq., Bar No.: 93770
Associate Attorney
Law Offices of Robert S. Gitmeid & Assoc., PLLC
Local Address:
414 N. 25th Street, PO BOX #7938
Richmond, Virginia 23223
Tel: (571) 201-9021 Fax: (212) 208-2591
Andrew.shuniak@gitmeidlaw.com
*Counsel for Plaintiff*