# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| Elizabeth Reeder,<br><br>　　Plaintiff,<br><br>v.<br><br>Navy Federal Credit Union and Experian Information Services, LLC<br><br>　　Defendants. | Civil Action No. 1:24-cv-01904<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO BOTH DEFENDANTS** |

Plaintiff Elizabeth Reeder ("Plaintiff"), by counsel, hereby request that the above-referenced matter be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  January 15, 2025              Respectfully Submitted,


/s/   J Andrew Shuniak_____
J Andrew Shuniak, Esq., Bar No.: 93770
Associate Attorney
Law Offices of Robert S. Gitmeid & Assoc., PLLC
Local Address:
414 N. 25th Street, PO BOX #7938
Richmond, Virginia 23223
Tel: (571) 201-9021 Fax: (212) 208-2591
Andrew.shuniak@gitmeidlaw.com
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2025, I served the foregoing via the CM-ECF system to all counsel of record.

/s/ J Andrew Shuniak_____
J Andrew Shuniak, Esq., Bar No.: 93770
Associate Attorney
Law Offices of Robert S. Gitmeid & Assoc., PLLC
Local Address:
414 N. 25th Street, PO BOX #7938
Richmond, Virginia 23223
Tel: (571) 201-9021 Fax: (212) 208-2591
Andrew.shuniak@gitmeidlaw.com
Counsel for Plaintif